# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134697

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ORLANDO GONZALEZ,
      Defendant-Appellant.

SC: 134697
COA: 269761
Oakland CC: 2004-195008-FH

_____/

On order of the Court, the application for leave to appeal the July 12, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

p1022